

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number: 2022 - CW - 0208

IN RE: Atakapa Indian de creole Nation Also Known as "Tribe
of Moses" Express Spendthrift Trust
  versus

TO:  Edward Moses
     2900 Westfork Drive Suite 40
     Baton Rouge, LA 70827
     moseslawfirm@icloud.com

Warren Wallace Wingerter Jr
One Galleria Blvd.
Suite 1830
Metairie, LA 70001

Hon. Donald R. Johnson
300 North Boulevard
8th Floor
Baton Rouge, LA 70801

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: ATAKAPA INDIAN DE
CREOLE NATION ALSO KNOWN AS
"TRIBE OF MOSES" EXPRESS
SPENDTHRIFT TRUST

NO.  2022 CW 0208

**MAY 20, 2022**

---

In Re:   Trust Protector (Edward Moses, Jr.), applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 713366.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.** "It is well settled under our jurisprudence that a judgment which has been signed cannot be altered, amended, or revised by the judge who rendered the same, except in the manner provided by law. The trial judge cannot, on his own motion or on the motion of any party, change a judgment which has been so signed, notwithstanding it was signed in error." **Bourgeois v. Kost,** 2002-2785 (La. 5/20/03), 846 So.2d 692, 696. We find that the January 7, 2022 order of the district court that vacated its December 8, 2021 judgment making two other judgments executory is an absolute nullity. **Id.** Accordingly, we vacate the January 7, 2022 order.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT